# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; United States DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN, in his official capacity as United States Secretary of the Treasury; United States DEPARTMENT OF DEFENSE; MARK T. ESPER, in his official capacity as United States Secretary of Defense; RYAN D. MCCARTHY, in his official capacity as Acting United States Secretary of the Army; RICHARD V. SPENCER, in his official capacity as United States Secretary of the Navy; MATTHEW DONOVAN, in his official capacity as Acting United States Secretary of the Air Force; United States DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as United States Secretary of the Interior; United States DEPARTMENT OF HOMELAND | NO.   19-1502<br><br>CERTIFICATE OF SERVICE |

SECURITY; KEVIN MCALEENAN, in his official capacity as Acting United States Secretary of Homeland Security,

Defendants.

I, Morgan Mills, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to be a witness herein.

On September 19, 2019, I caused copies of the following documents:

1. Civil Cover Sheet;

2. Complaint for Declaratory Judgment and Injunctive Relief with Exhibits; and

3. Summonses

to be served by Karl Heminger via hand delivery at approximately 3:22pm upon the United States of America at:

United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

On September 19, 2019, I caused copies of the following documents:

1. Civil Cover Sheet;

2. Complaint for Declaratory Judgment and Injunctive Relief with Exhibits; and

3. Summonses

to be served upon Donald J. Trump; the United States of America; the United States Department of the Treasury; Steven T. Mnunchin, in his official capacity as the Secretary of the U.S.

Treasury; the United States Department of Defense; Dr. Mark T. Esper, in his official capacity as United States Secretary of Defense; Ryan D. McCarthy, in his official capacity as Acting United States Secretary of the Army; Richard V. Spencer, in his official capacity as United States Secretary of the Navy; Matthew Donovan, in his official capacity as Acting United States Secretary of the Army; the United States Department of Homeland Security; and Kevin K. McAleenan, Acting Secretary of the United States Department of Homeland Security via certified mail, addressed as follows:

    Donald J. Trump
    President of the United States of America
    c/o the White House
    1600 Pennsylvania Ave. NW
    Washington, DC 20500

    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    U.S. Department of the Treasury
    1500 Pennsylvania Ave., NW
    Washington, DC 20220

    Steven T. Mnunchin
    Secretary of the U.S. Treasury
    c/o Department of the Treasury
    1500 Pennsylvia Ave. NW
    Washington, DC 20220

    U.S. Department of Defense
    1400 Defense Pentagon
    Washington, DC 20301-1400

    Dr. Mark T. Esper
    Secretary of Defense
    c/o U.S. Department of Defense
    1000 Defense Pentagon
    Washington, DC 20301-1000

    Ryan D. McCarthy
    Acting Secretary of the U.S. Army
    c/o U.S. Department of Defense

101 Army Pentagon
Washington, DC 20310-0101

Richard V. Spencer
Secretary of the Navy
c/o U.S. Department of Defense
1000 Navy Pentagon
Washington, DC 20350-1000

Matthew P. Donovan
Acting Secretary of the Air Force
c/o U.S. Department of Defense
1670 Air Force Pentagon
Washington, DC 20330-1670

Kenneth T. Cuccinelli II
Acting Director of U.S. Citizenship and Immigration Services
c/o U.S. Department of Homeland Security
Office of the General Counsel - Chief Legal Counsel USCIS
245 Murray Lane SW
Washington, DC 20528

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Washington, DC 20528

Kevin K. McAleenan
Acting Secretary of Homeland Security
c/o U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Washington, DC 20528

DATED this 24th day of September 2019, at Seattle, Washington.


*s/Morgan Mills*
MORGAN MILLS
Legal Assistant