The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*<br><br>Defendants. | No. 2:19-cv-01502-BJR<br><br>**ORDER GRANTING AGREED MOTION OF FORMER U.S. GOVERNMENT OFFICIALS AS AMICI CURIAE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court on the Agreed Motion of Former U.S. Government Officials as Amici Curiae for Leave to File Amicus Brief in Support of Plaintiff's Motion for Summary Judgment ("Motion for Leave"). Having been fully informed, the Court GRANTS the Motion for Leave. The amicus brief attached as Exhibit A to the Motion for Leave is hereby deemed filed.

IT IS SO ORDERED this 28th day of October, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge