The Honorable Barbara Jacobs Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*<br><br>　　　　　　Defendants. | NO. 2:19-01502-BJR<br><br>STIPULATED ORDER EXTENDING PROHIBITION AGAINST DEFENDANTS' OBLIGATION OF FUNDS AUTHORIZED TO BE APPROPRIATED FOR NAVAL BASE KITSAP PRIOR TO A DECISION BY THIS COURT |

## STIPULATION

WHEREAS the State of Washington has filed this suit to enjoin Defendants' use of funds authorized to be appropriated by Congress for military construction projects, including $88.96 million in funding for construction of the Bangor Pier and Maintenance facility at Naval Base Kitsap (*see* John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232, § 2201, 132 Stat. 1636 (2018));

WHEREAS the Court previously entered a Stipulated Order Establishing Briefing Schedule for Expedited Resolution of this Case and Prohibiting Defendants' Obligation of Funds Authorized to be Appropriated for Naval Base Kitsap Prior to a Decision by this Court (Dkt. # 11);

WHEREAS that Order "prohibited [Defendants] from obligating, using, or otherwise placing beyond the limits of judicial process any portion of the $88.96 million authorized to be appropriated by Congress for the Bangor Pier and Maintenance Facility prior to February 1, 2020"; and

WHEREAS the Parties agree that, to give the Court more time to prepare a final decision, this prohibition should be extended until March 1, 2020;

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that this Court should enter an order providing that:

1. Defendants are prohibited from obligating, using, or otherwise placing beyond the limits of judicial process any portion of the $88.96 million authorized to be appropriated by Congress for the Bangor Pier and Maintenance Facility prior to March 1, 2020. This prohibition is enforceable through a court order.

It is SO AGREED this 28th day of January 2020.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | JOSEPH H. HUNT<br>Assistant Attorney General |
| | JAMES M. BURNHAM<br>Deputy Assistant Attorney General |
| */s/ Andrew R.W. Hughes*<br>MARTHA RODRIGUEZ LOPEZ, WSBA #35466<br>ANDREW R.W. HUGHES, WSBA #49515<br>BRENDAN SELBY, WSBA #55325<br>Assistant Attorneys General<br>800 Fifth Ave., Ste. 2000<br>Seattle, WA 98104 | ALEX HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director,<br>Federal Programs Branch |
| TERA HEINTZ, WSBA #54921<br>Deputy Solicitor General<br>PO Box 40100<br>Olympia, WA 98504-0100 | */s/ Andrew I. Warden*<br>ANDREW I. WARDEN (IN Bar 23840-49)<br>Senior Trial Counsel,<br>Federal Programs Branch |
| *Attorneys for Plaintiff* | MICHAEL J. GERARDI<br>KATHRYN C. DAVIS<br>LESLIE COOPER VIGEN<br>RACHAEL L. WESTMORELAND<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW, Rm. 12212<br>Tel: (202) 616-5084<br>Fax: (202) 616-8460<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendants* |

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Defendants are prohibited from obligating, using, or otherwise placing beyond the limits of judicial process any portion of the $88.96 million authorized to be appropriated by Congress for the Bangor Pier and Maintenance Facility prior to March 1, 2020. This prohibition is enforceable through a court order.

2. To facilitate expedited and efficient final resolution of this case, the Court will endeavor to issue a decision on the Parties' cross-motions for summary judgment on or before March 1, 2020.

3. In the event the Court notifies the parties that the Court is unable to issue a decision before March 1, 2020, or in the event the Court has not issued a decision by February 19, 2020, Plaintiff may move for an extension of the Order to prohibit the obligation of the funds at issue until the Court issues a decision on the cross-motions for summary judgment. In the event Plaintiff requests such an extension, Defendants may oppose Plaintiffs' motion on any and all grounds, other than on the basis that the extension should not be granted because the expected obligation date is not imminent.

IT IS SO ORDERED.

DATED this 31st day of January 2020

Barbara Jacobs Rothstein
U.S. District Court Judge