# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:19-cv-1502-BJR |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

By Order of the Court, Summary Judgment is GRANTED in part and DENIED in part to Plaintiff State of Washington. Summary Judgment is DENIED to Defendants. Defendants Mark Esper, in his official capacity as Secretary of Defense and Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security, and all persons acting under their direction, are PERMANENTLY ENJOINED from redirecting the $88.96 million in military construction funds appropriated to the Bangor Project to fund any of the eleven proposed border barrier construction projects outlined in the Court's February 27, 2020 decision.

Dated 2nd day of March, 2020.

                                                William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk