UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                              Plaintiff,<br><br>              v.<br><br>JOSEPH R. BIDEN JR., in his official capacity as President of the United States, *et al.*,<br><br>                            Defendants. | Civil Action No. 2:19-cv-01502-BJR<br><br>**ORDER VACATING JUDGMENT AND DISMISSING CASE AS MOOT** |

      In accordance with the order entered by the U.S. Court of Appeals for the Ninth Circuit on January 21, 2022 (ECF No. 64), and the parties' joint status reported dated February 14, 2022 (ECF No. 67), it is **HEREBY ORDERED:**

      (1) The Order and Judgment entered in this case on February 20, 2020 (ECF Nos. 56, 57) are **VACATED**; and

      (2) This case is **DISMISSED AS MOOT**.

**IT IS SO ORDERED**.

DATED: February 15, 2022

                                                                _____
                                                                Barbara Jacobs Rothstein
                                                                U.S. District Court Judge